IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01877-JRG-RSP |
| vs. | § § | LEAD CASE |
| AMERICAN HONDA MOTOR CO, INC. | § § | |
| Defendant. | § § | |
| ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC | § § § | |
| Plaintiff, | § | Case No: 2:15-cv-01875-JRG-RSP |
| vs. | § § | CONSOLIDATED CASE |
| FCA US LLC | § § | |
| Defendants. | § § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss FCA US LLC.  It is therefore ORDERED that all claims against FCA US LLC are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SIGNED this 22nd day of September, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE